RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  11/30/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RON KIRK THOMPSON<br>LA. DOC #111262 | CIVIL ACTION NO. 3:11-cv-1476 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN BURL CAIN | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREE** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITHOUT PREJUDICE** until such time as Petitioner obtains authorization from the United States Court of Appeals for the Fifth Circuit to proceed.

**MONROE, LOUISIANA**, this 29 day of November, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE